BONNIE MAE MATSCHE v. DANIEL JOHN MATSCHE.

191 N. W. (2d) 400.

October 29, 1971—No. 42763.

*John H. Bix,* for appellant.
*Howard J. Moore,* for respondent.

Heard before Knutson, C. J., and Otis, Rogosheske, and Peterson, JJ.

PER CURIAM.

Defendant appeals from an order of the district court denying his motion for an order amending the judgment and decree of divorce and forgiving past-due installments of alimony and attorney's fees as provided therein pursuant to stipulation. We conclude that the trial court did not abuse its discretion in denying the motion and enforcing the judgment and decree.

Affirmed.